UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

Bobby Allen Williams #440997,

        Plaintiff,                    Case No.   2:16-cv-00228

v.                                      HON. GORDON J. QUIST

Unknown Miron,

        Defendant.
_____/

**ORDER**

      IT IS HEREBY ORDERED that all discovery must be completed by **April 2, 2018**. All discovery motions must be filed within the same period. The parties are limited to 10 interrogatories, 10 requests for admissions, and 5 requests for production of documents for each opposing party. Defendants are hereby authorized to take Plaintiff's deposition pursuant to Rule 30(a)(2)(B).

      IT IS FURTHER ORDERED that each party may file one motion for summary judgment no later than 28 days after the close of discovery. The parties must comply with Local Rule 7.2 with regard to the briefing schedule and page limits. A trial date will be set after the 28-day time period for filing motions for summary judgment has elapsed if no such motions are filed. Otherwise, the Court will set a trial date after all dispositive motions have been decided.

      IT IS SO ORDERED.

                                                     /s/ Timothy P. Greeley
                                                     TIMOTHY P. GREELEY
                                                     UNITED STATES MAGISTRATE JUDGE

Dated:  February 2, 2018